# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UDIS SANCHEZ MANALANSAN-LORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case no. 4:08cv0676 TCM |
| ) | |
| DIRECT LOAN SERVICING CENTER, ) et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This closed case is before the Court on the motion of Plaintiff to vacate the case dismissal. This motion [Doc. 31] is denied.

SO ORDERED.

    /s/ Thomas C. Mummert, III
    THOMAS C. MUMMERT, III
    UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of December, 2008.